A CERTIFIED TRUE COPY
ATTEST
By Dana Stewart on Sep 17, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 01, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: GENETICALLY MODIFIED RICE LITIGATION         MDL No. 1811

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-33)**

On December 19, 2006, the Panel transferred 11 civil actions to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 466 F.Supp.2d 1351 (J.P.M.L. 2006). Since that time, 273 additional actions have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Catherine D. Perry.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Perry.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of December 19, 2006, and, with the consent of that court, assigned to the Honorable Catherine D. Perry.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 17, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case 4:06-md-01811-CDP Document 1532 Filed 09/22/09 Page 1 of 2
Case 5:09-cv-00249-BSM Document 32 Filed 09/27/09 Page 5 of 6

Page 1 of 2

# IN RE: GENETICALLY MODIFIED RICE LITIGATION MDL No. 1811

## SCHEDULE CTO-33 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**        **CASE CAPTION**

ARKANSAS EASTERN
  ARE 1  09-36    Mickey Doyle, et al. v. Bayer CropScience, LP, et al.
  ARE 2  09-109   Clinton McGraw, et al. v. Bayer CropScience, LP, et al.
  ARE 2  09-110   B.J. Hopson, Sr., et al v. Bayer CropScience, LP, et al.
  ARE 2  09-111   Henry Kelly v. Bayer CropScience, LP, et al.
  ARE 2  09-116   Kirk Brann, et al. v. Bayer CropScience, LP, et al.
  ARE 2  09-118   Stanley Bosnick v. Bayer CropScience, LP
  ARE 2  09-119   Eloise Bosnick Family Trust v. Bayer CropScience, LP
  ARE 2  09-120   Lanny Bosnick & Sons Partnership v. Bayer CropScience, LP
  ARE 2  09-121   Bosnick Farms, Inc. v. Bayer CropScience, LP
  ARE 3  09-126   Dean Davis, et al. v. Bayer CropScience, LP, et al.
  ARE 3  09-127   Jay Reiman, et al. v. Bayer CropScience, LP, et al.
  ARE 3  09-128   Darrell Brady, et al. v. Bayer CropScience, LP, et al.
  ARE 3  09-129   Steve Davis, et al. v. Bayer CropScience, LP, et al.
  ARE 3  09-130   Emit Ray Stone, Jr., et al. v. Bayer CropScience, LP, et al.
  ARE 3  09-131   Anna Claire Farms, Inc., et al. v. Bayer AG, et al.
  ARE 3  09-132   Bullard Farms, Inc., et al. v. Bayer AG, et al.
  ARE 3  09-134   Louiese Farms, Inc. v. Bayer CropScience, LP
  ARE 3  09-135   Ninety-Six Farms, Inc. v. Bayer CropScience, LP
  ARE 3  09-136   South Bayou Farms, Inc. v. Bayer CropScience, LP
  ARE 3  09-137   Tool Farms, Inc. v. Bayer CropScience, LP
  ARE 3  09-138   BC&MC Farms, Inc. v. Bayer CropScience, LP
  ARE 3  09-139   Blue Lake Farms, Inc. v. Bayer CropScience, LP
  ARE 3  09-140   Bosnick Family Trust v. Bayer CropScience, LP
  ARE 3  09-141   Long Grain Farms, Inc. v. Bayer CropScience, LP
  ARE 3  09-142   Long Rows, Inc. v. Bayer CropScience, LP
  ARE 4  09-677   Lane Oliver, et al. v. Bayer CropScience, LP, et al.
  ARE 4  09-678   Ronald Bauman, et al. v. Bayer CropScience, LP, et al.
  ARE 5  09-230   Jason Smith, et al. v. Bayer CropScience, LP, et al.
  ARE 5  09-231   Rick Siems, et al. v. Bayer CropScience, LP, et al.
  ARE 5  09-232   Jackie R. Banks, Jr. et al. v. Bayer CropScience, LP, et al.
  ARE 5  09-234   Jay B. Coker, et al. v. Bayer CropScience, LP, et al.
  ARE 5  09-235   Stephen S. Hoskyn, et al. v. Bayer CropScience, LP, et al.
  ARE 5  09-237   Fred Gary Wilkes, et al. v. Bayer CropScience, LP, et al.
  ARE 5  09-239   Billy M. Long, et al. v. Bayer CropScience, LP, et al.
  ARE 5  09-240   Greg Hackney, et al. v. Bayer CropScience, LP, et al.
  ARE 5  09-241   James M. Craig, et al. v. Bayer CropScience, LP, et al.
  ARE 5  09-242   Wade Richter, et al. v. Bayer CropScience, LP, et al.
  ARE 5  09-243   Wendell Stratton, et al. v. Bayer CropScience, LP, et al.
  ARE 5  09-244   Kenneth Maier, Sr., et al. v. Bayer CropScience, LP, et al.

Case 4:06-md-01811-CDP Document 1532 Filed 09/22/09 Page 3 of 6
Case 5:09-cv-00249-BSM Document 2 Filed 09/22/09 Page 2 of 3

Page 2 of 2

**MDL No. 1811 - Schedule CTO-33 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|

ARKANSAS EASTERN

| | |
|---|---|
| ARE 5 09-245 | Brad Haynes, et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-246 | James Noble, et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-247 | Curtis Simpson, et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-248 | Curt Moore, et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-249 | John Worring, et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-250 | Jon L. Baker, et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-251 | Brandon Rodgers, et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-252 | Ronny E. Dean, Sr., et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-253 | Roy McCollum, et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-254 | Walter E. Daniel, et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-255 | Greg Kerksieck, et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-256 | Brooks Davis, et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-257 | John Ross, et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-258 | Hargrove Farms, Inc., et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-259 | Gary Stone, et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-260 | Robert H. Dilday, et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-261 | Brent Clawitter, et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-262 | Talka Corp. v. Bayer CropScience, LP |
| ARE 5 09-263 | Stanley Welty v. Bayer CropScience, LP |
| ARE 5 09-264 | W.N. Gillison Revocable Trust v. Bayer CropScience, LP |
| ARE 5 09-265 | Dave Black, et al. v. Bayer CropScience, LP |
| ARE 5 09-266 | C.A. Clowers Family Co., Inc. v. Bayer CropScience, LP |
| ARE 5 09-267 | A&K Farms, Inc. v. Bayer CropScience, LP |